# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL B. MOSLEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-CV-17 ERW |
| DR. UNKNOWN FATOKI, | ) ) ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The Court is unable to serve defendant Unknown Fatoki with process because he no longer works at the Ste. Genevieve Detention Center and the Detention Center has no forwarding information for defendant. As a result, plaintiff must provide the Court with an address where defendant can be served. If plaintiff cannot locate defendant, the Court will dismiss him or her without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than fourteen (14) days from the date of this Order, plaintiff must provide the Court with an address where defendant Fatoki can be served. If plaintiff does not comply with this Order, the Court will dismiss defendant without prejudice.

So Ordered this 27th day of February, 2017.

*/s/ E. Richard Webber*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE